[Nos. 15418-1-III; 15441-6-III; Division Three. May 18, 1999.] 16021-1-III.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES GEARY KING, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES GEARY KING, *Petitioner.*

Appeal from a judgment of the Superior Court for Franklin County, No. 95-1-50311-9, Duane E. Taber, J., entered December 12, 1995 together with two petitions for relief from personal restraint. Judgment *affirmed* and petitions *dismissed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.


[No. 16397-1-III. Division Three. May 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT R. DIEFENBACH, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-1-00306-1, Marilyn R. Sellers, J., entered January 6, 1997. *Reversed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.


[No. 16793-3-III. Division Three. May 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. J. GUADALUPE VIVEROS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-1-00372-1, Duane E. Taber, J., entered June 11, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Kato, J.